UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSA ELVIRA RODRIGUEZ MORENO,<br><br>                    Petitioner,<br><br>-against-<br><br>KRISTI NOEM et al.<br><br>                    Respondents. | 26 Civ. 01465 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On February 20, 2026, Petitioner Rosa Elvira Rodriguez Moreno filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  *See* ECF No. 1.  The case was assigned to this Court on February 23, 2026.

The parties shall appear for a case management conference on **February 24, 2026** at **2:30 p.m.**  The conference will take place by telephone.  The Court will provide dial-in information in a separate order prior to the conference.

Counsel should confer in advance of the conference and submit a joint letter, no later than **February 24, 2026** at **9:00 a.m.**, stating whether the conference is necessary.  In the letter, Respondents should also address whether Petitioner was located in the Southern District of New York at the time that the petition was filed, *see* ECF No. 1, ¶ 1 ("Petitioner is currently detained at 26 Federal Plaza in New York City.").[1]  If counsel do not believe that a conference is required, counsel should propose a briefing schedule in the joint letter.

---

[1] If Respondents believe that Petitioner was not in the Southern District of New York at the time the petition was filed, then the parties should confer and state their positions on whether the Court should order immediate transfer to the District in which Petitioner was located at the time of filing.  *See, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025).

All counsel are required to register promptly as filing users on ECF.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-jennifer-h-rearden**.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

## CONCLUSION

No later than **9:00 p.m.** today, **February 23, 2026**, Petitioner's counsel shall (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, at the Civil Division of the U.S. Attorney's Office, and (2) promptly file proof of such service on the docket.  Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated:   February 23, 2026
         New York, New York

*Jennifer H. Rearden*
Jennifer H. Rearden
United States District Judge