UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSE ELVIRA RODRIGUEZ MORENO,<br>Petitioner,<br>- against -<br>KRISTI NOEM, *et al.*,<br>Respondents. | **No. 26 Civ. 1465 (JHR)**<br><br>**STIPULATION AND ORDER OF TRANSFER OF VENUE** |

WHEREAS, petitioner Rose Elvira Rodriguez Moreno brought this habeas action under 28 U.S.C. § 2241 on February 20, 2026, challenging her arrest and detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from this Court requiring, among other things, that she be released from custody; and

WHEREAS, the petitioner filed her habeas petition while she was physically present and detained in Newark, New Jersey, which is within the District of New Jersey; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1631; therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the District of New Jersey, and that the seven-day waiting period in Local Civil Rule 83.1 is waived. The parties further agree to the continued imposition of the Court's injunction on removal (ECF No. 2) pending further order of the transferee court.

New York, New York
February 24, 2026

DAVID WIKSTROM
*Attorney for Petitioner*

*/s/ David Wikstrom* [1]
David Wikstrom, Esq.
250 West 55th Street, 17th Floor
New York, New York 10019
Tel. (212) 248-5511

New York, New York
February 24, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

/s/ *Brandon M. Waterman*
Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2743

SO ORDERED.

Jennifer H. Rearden
HON. JENNIFER H. REARDEN
United States District Judge
Dated: February 25, 2026

[1] Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(c)